NATHAN K. BLACKWELDER v. MARCUS LAFAYETTE HARRIS.

(Filed 27 April, 1960.)

APPEAL by plaintiff from Sharp, S. J., November 1959 Term, of CABARRUS.

Civil action to recover damages for personal injuries and damage to an automobile resulting from a collision of automobiles in the intersection of two roads.

Defendant in his answer denied that he was negligent, alleged that plaintiff was guilty of contributory negligence, and asserted a counterclaim for damages to his automobile.

At the close of all the evidence, the court allowed plaintiff's motion for judgment of nonsuit as to defendant's counterclaim.

Issues were submitted to the jury, which found by its verdict that plaintiff was injured and damaged by the negligence of the defendant, and that plaintiff by his own negligence contributed to his injury and damage.

From judgment entered in accord with the verdict, plaintiff appeals.

C. M. Llewellyn and Ann L. McKenzie for plaintiff, appellant.
John Hugh Williams for defendant, appellee.

PER CURIAM. The record shows that at the January Term 1959

of the Superior Court of Cabarrus County, this action was tried by a judge and jury, and that the jury answered the issues as the jury did at the November Term 1959. The presiding judge at the January Term 1959, in his discretion, set the verdict aside.

Plaintiff's assignments of error have been carefully considered, and all of them are overruled. There is nothing in the record before us to justify a new trial.

No error.